# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MARY WEBB, individually, and on behalf of a class of similarly situated individuals, ) ) ) | Case No.: 1:11-cv-4141 |
| ) | |
| Plaintiffs, ) | Judge Joan H. Lefkow |
| v. ) | Magistrate Judge Sidney I. Schenkier |
| ) | |
| CLEVERBRIDGE, INC., a Delaware Corporation, and UNIBLUE SYSTEMS LTD., a Maltese company, ) ) ) | |
| Defendants. ) | |

## DEFENDANT cleverbridge, INC.'S MOTION
## TO DISMISS PURSUANT TO RULE 12(b)(1), F. R. CIV. P.

Defendant cleverbridge, Inc., by its attorneys, respectfully moves the Court, pursuant to Federal Rules of Civil Procedure 12(b)(1), to enter an order dismissing the complaint as to Defendant cleverbridge, Inc. for lack of subject matter jurisdiction because there is no case or controversy between Plaintiff Mary Webb and Defendant cleverbridge, Inc.

In support of its motion, cleverbridge, Inc. is submitting herewith a Memorandum of Law and the Declaration of Aaron Deist.

Wherefore, cleverbridge, Inc. prays that the Court enter an order dismissing the complaint as to Defendant cleverbridge, Inc.

Dated: June 23, 2011          Respectfully submitted,

By:    /s/Robert H. King, Jr.
       One of the attorneys for
       Defendant cleverbridge, Inc.

Robert H. King, Jr. (ARDC # 3122382)
Christopher Q. King (ARDC # 6189835)
Mark Hanover (ARDC # 6216201)
Jacque McCray (ARDC # 6285013)
SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606
Tel. (312) 876-8000
Fax: (312) 876-7934

**CERTIFICATE OF SERVICE**

      I, Robert H. King, Jr., an attorney, hereby certify that on June 23, 2011, I have caused a copy of the foregoing **DEFENDANT cleverbridge, INC.'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(1), F. R. CIV. P.** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to attorneys of record.:

      Jay Edelson
      William C. Gray
      Ari J. Scharg
      EDELSON McGUIRE, LLC
      350 North LaSalle
      Suite 1300
      Chicago, Illinois 60654

          /s/Robert H. King, Jr.
          Robert H. King, Jr.