Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 4141 | **DATE** | 8/23/2012 |
| **CASE TITLE** | Webb, et al. vs. cleverbridge, Inc., et al. | | |

#### DOCKET ENTRY TEXT

Plaintiffs' combined motion to vacate court order of July 12, 2012 and for preliminary approval of class action settlement between plaintiffs and all defendants [95] is granted. Enter Preliminary Approval Order. The Court's July 12, 2012 Order [90], which granted preliminary approval of the initial settlement agreement between plaintiffs on the one hand, and cleverbridge, Inc. and cleverbridge AG on the other, is hereby vacated. In court hearing of 10/23/2012 on fairness of settlement is vacated. In court hearing on fairness of settlement is set for 12/6/2012 at 8:30 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

12 AUG 27 PM 5: 14
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | MD |
|---|---|---|