UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
Eastern Division

Mary Webb, et al.
                              Plaintiff,

v.                                                     Case No.: 1:11–cv–04141
                                                          Honorable Joan H. Lefkow

Clerverbridge, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 13, 2012:

      MINUTE entry before Honorable Joan H. Lefkow:Plaintiff's motion to certify class [9] is moot. Defendant Uniblue System Ltd.'s motion to dismiss [60] is moot.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.